# IN THE UNITED STATES DISTRICT COURT

# JACKSONVILLE DISTRICT OF N. FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Civil Action No. 3:17-cv-902-J-39JRK |
| *Ex rel*. **Albert N. Heichberger** | ) **PRO SE** |
| Plaintiff, | ) **FILED IN CAMERA AND** |
| **Vs,** | ) **UNDER SEAL** |
| **__City of Jacksonville, Florida** | ) **PRO BONO** |
| **_Dr. Ernst Moniz, ex-Secretary of Energy** | ) **FALSE CLAIM ACT** |
| **_Department of Energy_____, and** | ) **TAXPAYER FRAUD** |
| **_Environmental Protection Agency__** | ) |
| **_American Homes 4 Rent_____** | ) **JURY TRAIL DEMANDED** |
| **Defendants** | |

**Complaint and Demand for Jury Trial**

## PLAINTIFF'S COMPLAINT PURSUANT TO 31 U.S.C §§ 3729-3732

## OF THE FEDERAL FALSE CLAIMS ACT

The United States of America, by and through *qui tam* relator    ALBERT N.

HEICHBERGER    (Relator), brings this action under 31 U.S.C § 3729, et seq.,   as

amended (False Claim Act) to recover all damages, penalties and other remedies established

by the False Claim Act on behalf of the United States' taxpayer.

## I.        "PRELIMINIARY STATEMENT"

1.     This is an estimated, up to US$250 billion dollar taxpayer fraud case of the false claim act type in the Government's Global Warming Program, which occurred over 32 years of operation.  This is an action to recover damages and civil penalties on behalf of the United States of America and taxpayers, for violation of the False Claim Act arising from false or fraudulent records, statements, unfair/illegal business tactics, business interruption or interference, attempted murder and/or claims, or any combination thereof made, used or caused to be made, used, or presented, or any combination thereof, by the defendants, their agent, employees, or co-conspirators, or any combination there of, with respect to false claims for the Global Warming  for which claims were made to the Department of Energy (DOE) or the Environmental Protection Agency (EPA) or the Federal Government's Global Warming Program for taxpayer's monies.

The Complaint is in accordance with  President Obama, May 20, 2009, the Fraud Enforcement and Recovery Act of 2009 (FERA) ,which deals with money or property spent or used on the Governments behalf or to advance a Governments' program interest "(31U.S.C. §3728(b)(2) and the claims submitted in violation of the "Anti-Kickback Statues 42 U.S.C. § 1320a-7b(b).   Further, (31 U.S.C.§ 3729)b)(1)(B) that states NO proof of specific intent to defraud was required.

Money spent on behalf of Government or to advance a Government program are natural False Claim Act based projects.  The average technical authored papers is an easy false claim act violation, and just require a prolific technical writer with years of experience saying a lot with little value.  The worst waste of taxpayer's money is an extensive travel itinerary; travel needs to be trimmed down to zero.  No paid vacations on this Government

Global Warming program.  It is important to select only the important project demonstration to construct.  They are fun, but have little taxpayer pay back.  A good guide to follow is watching the money; does it go back to the Taxpayer.  Remember you are dealing with intellectuals and they have the wherewithal to make fraud look important.  You need to run a mean and lean Government Global Warming Program, with no beginners in control.

The Qui Tam problem started approximately one year after my U.S. Patent 8,637,299 issued on January 28, 2014.  I presently am in court against a retaliation case with Kelly Scott of American Homes for Rent.  She forced me (ANH) and my wife into homelessness for 245 days and $30,000 in debt.  I think once this court issue is over with the Government and then my harassment will end.  The new President Donald J. Trump will not support these crazy actions.  He has already stopped the ban on coal and other poorly thought-out or enacted EPA Global Warming Policies. There was no wisdom in charge with DOE or EPA.

2.    The False Claim Act was enacted during the Civil War.  Congress amended the False Claims Act in 1986 to enhance the Government's ability to recover losses sustained as a result of fraud against the United States after finding that fraud in federal programs was pervasive and that the False Claims Act, which Congress characterized as a primary tool for combating government fraud, was in need of modernization.  Congress intended that the amendment create incentive for individuals with knowledge of fraud against the Government to disclose the information without fear of reprisals or Government inaction and to encourage the private bar to commit legal resources to prosecuting fraud on the Government's behalf.

3.    The False Claim Act provides that any person who knowingly submits, or causes the submission of a false or fraudulent claim to the U.S. Government for payment or

approval is liable for a civil penalty of up $11,000 for each such claim, plus three times the amount of the damages sustained by the Government.

4. The False Claim Act was updated in May 20, 2009 with the Fraud Enforcement Act (FERA). It changed the FCA as follows: money or property used on the Governments or to advance a Governments' program interest ,"Global Warming Program" and redefined "CLAIMS" to the more expensive definition of "any request or demand, whether under contract, for money or property and whether not the United States has a title money property. "31 U.S.C. §3729(b)(2).

5. In addition, the intent requirement was revised to now require that a false statement be "material" (Global Warming) is the false claim.

6. Kickbacks – that all claims submitted in violation of the Anti-back Statue 42 U.S.C. §1320a-7b(b) automatically constitutes a false claim under the False Claim Act. (31 U.S.C. §3729(b)(1) (B) specifically states that no proof of specific intent to defraud was required.

7. The False Claim Act has been upgraded into a powerful FRAUD Law and if you can't catch someone defrauding the Government or the TAXPAYER you are not even trying. Spending and the Government was out of control, running wild.

8. The Act allows any person having information about a false claim or fraudulent claim against the Government to bring an action for himself and the Government, and to share in any recovery. The Act requires that the complaint be filed under seal for a minimum of 60 days (without service on the defendant during that time) to allow the Government time to conduct its own investigation and to determine whether to join the suit;

9. Under the Global Warming Program:

(a) Department of Energy

(b) Environmental Protection Agency

(c) Dr. Ernst Moniz, Secretary of Energy (April 14, 2014 approx.

All have specific responsibilities to prevent false claims from being presented and are liable under the False Claim Act for their role in submission of false claim. This is Dr. Ernst Moniz's Global Warming Scandal, he participated in acts of fraud and confusion.

    a. Government Communication Letters by Albert N. Heichberger

        (1) Department of Energy - - - - - - - - - - - - - - - - - 44 letters

        (2) Environmental Protection Agency - - - - - - - - - 30 letters

        (3) Dr. Ernst Moniz, Secretary of Energy - - - - - - - 7 letters

10.     This is an action for treble damages and penalties for each false claim and each false statement under the False Claim Act, 31 U.S.C §3729, et seq., as amended.

## II. Parties

11.     Relator,   Albert N. Heichberger, was authorized and given confidential Renewable Algae Oil information in year 1985 By Solar Energy Research Institute (SERI) a DOE contractor. Albert N. Heichberger is President of Carbonic International, Inc. and the President of U.S. Petroleum Corporation.

12.     Defendant,   Environmental Protection Agency,  (EPA) resides in the District of Columbia, and prescribes environmental laws to U.S. Citizens and Albert N. Heichberger, President of Carbonic International, Inc., and U.S. Petroleum Corporation.

13.     Defendant,   Department of Energy,  (DOE) Provider transacts business in the District of Columbia, and

        (a) submitted Global Warming Programs claims to Relator, and

(b)continues to submit claims to the Global Warming Programs for project

work, which constitute false claims under the False Claims Act.

(c) SERI and DOE was seeking private industry to develop the renewable oil

14.    Defendant, Dr. Ernst Moniz, Secretary of Energy transacts business in the

District of Columbia, and,

(a) Submitted Global Warming Programs claims to Relator, and

(b) Continues to submit claims to the Global Warming Programs for project

work, which constitute false claims under the False Claims Act.

**15) CITY OF JACKSONVILLE: - - -** ANH is suing the City Jacksonville for a

Corrupt Judicial System and a Corrupt Sheriffs Department (arsenic poisoning).   There was

no or none proper legal decisions; fraudulent cover-up causing financial loses for ANH. City

of Jacksonville did not enforce its laws. The Jacksonville Judges are not educated and costed

me money, because they don't understand technical matters.   Hire better and smarter

professional Judges. At least a technical consultants, $450 for a fair trial.

It is obvious that the City was covering-up for the Governments' acts of retaliation.

A State Trooper verified that the car was an attempt to kill ANH. He said save the tire for

court.

The Sheriffs' office was ridiculous.  They laughed at me about being poisoned.  They

would not cooperate at all. They said I was not poisoned with out any knowledge about what

happened. They made there minds up and that was it. If they said no there was nothing I

could do. I could not press any legal charges, because the State Attorney would not even talk

with me.   They covered up the attempted murders (3).   It appears they knew it was the

Government and was told to do a cover-up.  I had the medical reports that said I was poisoned, but that did not matter.  I say they have the knowledge of who did the attempted murder.  A police officer from the 4th district came to my home and he was mocking me.  I told him to leave the property.  The earlier attempts of killings were dismissed by the Sherriff.  If the City of Jacksonville did their job, there would not have been a problem.

**16)   CORUPTION JUDICIAL & SHERIFF OFFICE:** - - - The City of Jacksonville became Lawless with regards to Albert N. Heichberger.  Both the Judicial and Sheriff's Office became corrupt.  I had legal problems in Washington, DC and Jacksonville, Florida simultaneously.  I needed Whistle Blower Protection, but it was not available at this time, because I did not blow the Whistle yet.  The way they controlled the situation was by not issuing police reports.  Or by issuing a make believe Police Report. which was not recorded in the public recorders.  I will make a list of my legal problems:  For more details, please review the Disclosure Statement.

    a.  I bought a home at 2985 Cold Creek Blvd. at the time of the realist state market collapsed from (2) unlicensed realtors'.  They told me they were the owners, but they were selling the Home for Mr. Duperies'. It was a lease to buy. Mortgage Money was difficult to come buy , and the salesman said he had  a private investor, which is what I needed.  It turns out the realtors could not fund the home and returned the home to its owner Mr. Duperies.  Mr. Duperies withdrew his offer of sale and Albert & Justine had to move to 2680 Cold Creek Blvd.   Mr. Duperies sued the Heichberger for damages, because we had cats.  Duperies' upgrade and remolded the home at 2985 Cold Creek.  The claimed damages were $75,000 and took two years to complete.  Mr. Dupree said it had a pet odor and he had to replace all the items to remove the cat odor.  This is a false statement.  At the Court Trail,

and at my turn to speak;  I stated that it was illegal to charge me $75,000 for repairs, because the cost to remove the cat odor was only $250 for an ozone gas treatment.  The Judge Jack M. Schemer went ballistic and insulted me verbally and went forward with the $75,000 repair cost.  I appealed the court case but wad not allowed an appeal.  I would appreciate a retrial for fairness.

b.      I was poisoned by Dr. Ernst Moniz with arsenic (rat poison).  Someone entered my home and replaced my Lisinopril 20 mg tablets with arsenic 20 mg tabs.  I took one (1) arsenic pill at bedtime and became violently ill.  I went into hallucinations and started to throw-up and pass blood at my rectum.  I was in the hospital for (4) days and both my kidneys shut down.  My blood test said I had 200 units of arsenic in my blood.  The poisoning of ANH was declared not an attempt to murder ANH, because we lacked a Medical Blood Report.  But ANH had a medical report and blood tests, which his Doctor Zoeller stole from him.  It stated 200 units of arsenic in ANH's blood. I filed a complaint with the FBI-JAX and they investigated and said it was the Government at the hospital.  I told Dr. Moniz, I would not work with him because of the poisoning, but that I would work with the Government as an independent contractor.    There was no official police reports wrote on this incidence and I don't think there is an official record of the poisoning.  The Sheriff's office is controlling the record of what happens.  I say this is tampering with the evidence and is illegal.  Also, Dr. Ho tried to commit me to a mental hospital via the Backer Act.

c.      There was an attempted murder; the Sheriff's Office would claim it was not an attempted murder.  ANH's car was sabotage twice; the wheels;  the tire was razor  cut and failed causing the whole rubber tire and steel wheel to come off the car.  I had to drive the car

with only (3) wheels at 65 mph.  We verified this attempted murder with the State Police and they said it was an attempt to murder ANH.

d.   ANH had serious and obvious Legal Harassment problems, which were linked to a Court Retaliation by Kelley Scott of American Homes for Rent.  She was a Court's conflict of interest.  Her retaliation resulted in a $30,000 lose of funds by the Heichberger.  She should be fined treble damages or $90,000 fine.  American Homes for Rent paid substantial (millions) of property tax to the City of Jacksonville Kelly Scott should be considered a conflict of interest for the courts.  Thus complaint's damages must be resolved by the Governments' False Claim Act.

It has become obvious that the City of Jacksonville has played a major roll in this retaliation; .Both the Sheriffs Office and the Judicial System are responsible for orchestrating the harassment.

## "HOME HISTORY"

**17) 2313 AZTEC DRIVE, WEST: - - -** We lived in 2313 Aztec Drive, West for (16) years.  The home was (20) years old.  It was a nice home and in a good neighborhood.  The owners (Mr. & Mrs. Alfred Page) were in the military and lived out of state.  They decided to sell the home at the owner's retirement.  The home was in good condition when we moved in, but was in very poor condition when we moved out.  It was because of the age of the home and construction materials when built.  All the homes in the neighborhood needed to be resided, because the side board was made from compressed sawdust, which rotted out Other problems as follows: the home needed to be re-piped, because of the copper pipe which got sand pits and leaked; all the windows' seal broke and the glass became milky inside; the rug was twenty years old and needed to be replace; the home needed to be repainted inside and

out side. I had wrote the owners several times and told them they would need to put some money into the home, but they never did any repair work. One time they had to patch the exterior siding, which they did; and it cost approximately $50,000 dollars. They became upset with the homes repair cost and sued Albert N. Heichberger. The judge did not find me guilty of the damages. My wife had cats and they claimed the home had a pet odor. I told the judge that they could deodorize the home completely of the pet odor by using Ozone, which is for pet odors and cigarette odors; the Judge was a Black lady and was very smart. She agreed with me and actually did not make a judgment on the case and left the complaint set on her desk. The owner was an admiral in the Navy.

**18) 2985 COLD CREEK: - - -** We moved from 2680 Aztec Dr... To 2985 Cold Creek Blvd. I did a rent to own on the property, which I paid large rental payments and had (6) months to make the down payment of $20, 000, which was not a problem. I was working as a journeyman electrician at a good pay level out of Local Union 177, Jacksonville Florida... I traveled to North Caroline and got a good paying job. I could make the $20,000 down payment in (6) months... When the time came (6) months the Owners (Pickard & Johnston) could not secure the mortgage loan. Thy turned out not to be the owner, but a salesman (conman). He retuned the home to the rightful owners (Mr. & Mrs. Harold Dupuis). This is when everything changed. The rightful owner did not want to fund the property and evicted us from the property. We moved to 3680 Cold Creek. The lawsuit was fraud and we were sued in court. The real owner took picture some were false and other fraud acts. We went to Court (Honorable Jack M. Schemer) presided. He was a corrupt Judge. When it came to my turn to defend my self. I stated, I could not see paying damages in the amount $75,000. Because the total damages was only $250,00 dollars. The judge became furious and said I

was a drunkard, crazy old man, drug addict and etc.  He would not accept my factual background   He awarded damages to the home owner.  Being over 65 years, I did not need to pay the damages.  The owner became violent.  Harold Dupuis attempted to kill A, Heichberger twice by jury rigging his car.  It failed.  Also, I consider Harold Dupuis as the person who poisoned me (ANH).

**19) 2680 COLD CREEK BLVD. -- - - We** leased the home from a small relator investor and every thing was fine.  There were a lot of damages by the owner (Mr. & Mrs. Buchanan) of Jacksonville, Florida.  The owner went bankrupt and they auctioned the home off.  I bid on the home for $94,000, which was high bid, but they awarded the home to American Homes 4 Rent (AH4R).  We were allowed to live in the home by the law.  I was told they awarded 2680 to AH4R, because they bought (86) .homes from the City.  The rest is history of the Courts' hearing.  We lived at 2680 home for 4 to 5 years prior to AH4R; became the owner.  I lived under contract with Kelly Scott only about one and a half years. Judge Mose Floyd, Judge Boyer and the Head Judge.  There was an attempt to commit me to a mental hospital the week we moved, Baker Act.  It failed.  ANH is a reputable businessman who solved the Global Warming.  We were not evicted from 2680 Cold Creek, but after moving, Kelly Scott used illegal retaliation and black balled ANH and wife.  This is illegal in accordance with Florida Landlord Tenant Act, Part II, Residential Tenancies – Chapter 83.

SMJ? →

### III            **"TECHNOLOGY HISTORY"**

The Ultimate Coal Technology (UCT) Process will produce cheap coal, clean coal and green coal.  This is a U.S Patented Process (US #8637299).  It is a clean coal capture carbon and storage (CCUS) process; wherein the coal is broken down into two (2) products for resale; hydrogen gas, and oil for resale, commercial use, or storage.  It is much easier to

store liquid oil than gaseous or liquid carbon dioxide (CO2).  The UCT Process removes the carbon dioxide from the coal's fuel gas, converting and storing the carbon dioxide as oil, and restructuring the solid coal to hydrogen gas for combustion in a coal fired power plant's steam boiler for the production of electricity.

The UCT Process is for the conversion of fuel gas into fuel oil which is then refined into gasoline, diesel fuel, jet fuel, ethanol and methane.  It produces a US$12.00 barrel of oil. It will provide a renewable domestic energy resource for the United State's future energy needs.  It is a new fuel form which has been both chemically and physically altered to reduce the emissions of carbon dioxide.  It is a coal cleaning/upgrading process which produces a fuel that may be used to produce electricity or refined to produce an environmentally benign fuel for transportation.  Further, it will produce up to a 100% reduction in carbon dioxide (CO2) emissions and will control/stop the global warming.  There is no cost to capture the carbon dioxide.  The UCT Process converts dirty coal into a green fuel.  The only pollution emissions from the coal plants' smokestack will be water vapor and nitrogen.

The first CCUS Facility is scheduled for construction in Roswell, New Mexico in year 2018.  It will consist of capturing carbon dioxide from six (6) 600 MWe Coal fired Electrical Power Generation Plants.  The Facility will capture approximately 36.4 million tons of carbon dioxide per year or 4,200 tons per hour of carbon dioxide captured.  The captured CO2 will produce up to a nominal 100 million barrels of oil per year, and generate approximately $10.4 billion dollars in annual revenues.

I wish to thank the following employees of Solar Energy Research Institute (SERI) who without their help this Global Warming project would not be possible.  I was introduced to SERI in 1985 by a contract employee of the United States Government.  SERI was

considered a confidential project at this time.  Mr. Stanley R. Bull, Acting Director - Solar Fuels Research Division, Dr. Lewis M. Brown, Ph.D., Manager, Algal and Plant Science Section, Biotechnology Research Branch, and Mr. Joseph C. Weissman, President, Microbial Products, Inc. who operated the Algal Ponds.  I was the only person from the private sector trained to commercialize the oil technology.

**a.  ABASTRACT : - - -** A Clean Coal Capture Carbon Utilization Storage (CCUS) Process for the economical capture of carbon dioxide from coal fuel gas, and the storage of the carbon dioxide as lipid oil or the use of the oil for transportation.  It is our financial goal to convert a $35 ton of coal into $630 worth of oil.   The lipid oil may be refined into gasoline, diesel fuel, jet fuel, ethanol, and methane which provide a renewable energy resource for the United State's future energy needs.  It is a new fuel form which has been both chemically and physically altered to reduce the emissions of carbon dioxide.  It is a coal cleaning/upgrading process which produces (creates) a refined fuel, Hydrogen, that may be used to produce electricity and an environmentally begin fuel, gasoline, for transportation.  The renewable carbon based fuel will produce no carbon foot print at the internal combustion engine's exhaust pipe.  The CCUS Process will produce a 100% reduction in carbon dioxide ($CO_2$) emissions into the atmosphere and thereby, stop the Global Warming.

**b.  USOPS: - - -** The "United States Oil Producing State" (USOPS) will be the largest producer and exporter of oil in the World.  It will have a gross capacity of 45 million barrels of oil per day.  It will compete against OPEC for world oil sales in the United States and in the world.  Its products will be both a renewable and synthetic oils.  The oil fields will be located in the New Mexico and Arizona deserts.  We will use waste (desert) lands and not crop land for the oil production and the desert's sun light for our energy.  Our plants are solar

powered.  Oil has a weight percent of carbon of approximately 87.2 % carbon.  Therefore, we will use carbon dioxide as our production feed stock.  CO2 is 12.01% weight carbon and 32% oxygen for a total of 44.01 % carbon dioxide (CO2).

The carbon dioxide source will be from a fuel gas from controlled coal combustion.  The carbon dioxide is separated by a pre-combustion process to separate the carbon from the coal using a two-stage coking and gasification process.  The coal's carbon is not burned in a coking or a gasification process.  A small amount of 4.5% carbon dioxide will be produced from burning to heat the coke bed.  Coking is a controlled combustion process, which converts the coal's carbon into Coke.  Coke is 80% carbon by weight, and anything, which is carbon based can be gasified.  Therefore, we then gasify the Coke from the coking process in a gasification process.  The gas produced by passing steam through a hot bed of coke is known as water gas.  The coke combines with the steam to form hydrogen and carbon monoxide.  This is an endothermic (absorption of heat) reaction and air for combustion must be admitted to the steam to maintain the coke bed at elevated temperature. Our final gas product is hydrogen for combustion in an electrical power plant's burner to produce electricity.  This two step process produces twice the amount of coal bi-products; one (1) from coking and one (1) from gasification.  We work off the bi-products of combustion.  This reduces our production costs by approximately 50%.  This is a proven industrial process with 189 years of operation.  It is called a "Hydrogen Generator" and produces Blue Water Gas.

USOPS main products for sale will be oil, gasoline, diesel fuel, jet fuel and hydrogen.  We will practice dual combustion of fuels: hydrogen and coal, jet fuel and hydrogen.  This will allow industry to control their carbon foot print.  A mixture of 80% coal and 20% hydrogen gas produces 20% reduction of carbon dioxide emissions in the

atmosphere.  A mixture of 50% jet fuel and 50% hydrogen will produce a 50% reduction in carbon emissions.  We will blend fuels for carbon emissions control and not expensive plant modification for carbon emissions.  Fuel manipulation is much less capital and time intense. EPA tells us what they need and USOPS dials it in the fuel blend.

True, it will be a different world and a better world.  The United States political power will be regained, because U.S. will have oil independency.  Terrorisms will be stopped, because they will lose their funding.  No more ISIS, 9/11s, or oil wars.  USOPS will bring peace on Earth.  USOPS is just common sense right.

**c.  US PETROLEUM CORP:** - - -  The company is an industrial oil production company which will produce Oil, Gasoline, Diesel Fuel, and Jet Fuel.  It will be a renewable energy resource which will provide the United States independence from the Middle East Oil Producing Countries, OPEC.  The Oil Facility will produce a nominal 500 million (500,000,000) barrels of oil per year and costs US$15 billion dollars for the Facility.  When complete, the Facility will also generate $6 .1 billions dollars in sales with a projected $4.2 billion in gross profits in year 5. The company will have $180 billion in working capital at the end of the 5 year.  Review our Financial Statements and see for your self.  Let's talk money; let's talk oil!  Our oil fields will be called Oil Plantations complete with oil paddies. US Petroleum takes carbon dioxide, water, nutrients, and sunlight and produces oil.  It is that simple and that profitable!

This is a nominal 50 million barrel per year oil production facility.  It will be built out to a 500 million barrel per year oil facility, over a ten (10) year period.  It will be funded by internally generated profits.

The technology is commercially proven technology with 189 years of operating experience. If desired an investor may witness the operation of the clean coal Capture Carbon Utilization & Storage (CCUS) Process. The oil technology is proven with many years of operation. It is mother natures' process for producing oil. The current competitors in the algae oil industry are as follows: ExxonMobil, Chevron Oil, Honeywell UOP, Inc. and many small algae producers scattered all over the US. See the industry for yourself at www.algaeindustrymagazine.com. Mr. Heichberger, CEO - President of US Petroleum Corporation has 48 years of expertise in the carbon dioxide industry. He also owns Carbonic International, Inc. which is a custom $CO_2$ Equipment manufacturer and a Design Build Carbon Dioxide Plant contractor. He invested 30 years of dedicated work developing the coal CCUS Process. Also, there is a U.S. process patent 8637299 on the technology. Further, he was trained for 7 years by the U.S Government to convert the carbon dioxide into oil. He was the only person from the private sector trained by the Government.

The technology will also serve to control the earth's Global Warming,. It will allow a 100% carbon dioxide reduction using the bench mark of year 1990 carbon emissions. We eliminate carbon emissions from coal fired electric power plants and automobile carbon emissions from the tail pipe. The carbon dioxide will be captured at the pre-combustion of a coal fired electric power generation plants, and also, the carbon emissions from automobile's gasoline combustion engine. Gasoline will be eventually banned and electric motors will replace the internal combustion engine. The carbon emissions from the car's tail pipe will be diverted to the nuclear electric power plants smokestack, which we captured and converted into oil. The cars batteries are charged by electricity from the nuclear fired power plants. The efficiency of the electric motor is approximately 95% versus the efficiency of the

internal combustion engine of approximately 50%.  All our fuels do not produce a carbon foot print at the tail pipe, because they are produced from displaced (captured) $CO_2$.

US Petroleum's oil will be produced at approximately $12.00 per barrel; Gasoline will be produced at approximately $1.50 per gallon.  It is a high quality gasoline and has approximately 120,000 Btu's per gallon.  Normal gasoline has a 125,000 Btu's per gallon, and corn Ethanol has approximately 75,000 Btu's per gallon. The diesel fuel is $1.25 per gallon.  The jet fuel has been tested and approved for jumbo jet (747) service.  This is an excellent business opportunity which US Petroleum is pursing at this time.  There are so many businesses and opportunities to pursue; it is like a child in a candy store, money, money and more money!  Further, the products and market place are completely developed.

The marketing of the oil products is already done.  We will use the infrastructure of the existing oil industry.  We will sell our oil to the existing industry, and they will refine and sell the oil in their distribution network of gasoline stations.  Nothing changes except the oil is produced in the United States and not the Middle East's OPEC.  This is the Shells, British Petroleum, Amoco, ExxonMobil and etc. gasoline companies.  The oil can be refined in the existing oil refineries with minor modifications.  US Petroleum is only replacing import oil!

We use no food products (corn, sugar, etc.) for the conversion to oil products; we use carbon dioxide, water, nutrients, and sunlight.  Not like ethanol's use of corn.  Also, we have no quantity limits; we will produce all the oil that the market place requires.  We do not use valuable farming land.  Algae are also food for the poor.  We use waste lands, deserts. and in fact will use government reserve lands.  The water supply will be salt water, or brackish water and obviously the pollutant carbon dioxide.  Our land requirements are minimal.  As

compared to ethanol, the yield per acre is amazing; ethanol will produce two barrels of oil per growing season per acre versus algae's 3,650 barrels of oil per year per acre.

And the best is last. The oil technology was researched and developed by the United States Government at a cost of ten million dollars. Mr. Heichberger worked seven years in a joint venture with the Government. It was considered a secret project at the time. They did the oil technology and he (ANH) did the capturing of the low purity carbon dioxide technology. They trained Mr. Heichberger to commercialize the carbon dioxide to oil technology for seven years, and he has many more 22 years of expertise now!

## OIL vs. CARBON DIOXIDE

I am going to explain the CCUS vs. Oil connection. It exists and it is a strong negative reaction. Synthetic oil has been around for a long time, back to the 1920 and 1930s. Germany was producing synthetic oil for many years. They used synthetic oil during the World War II to support its war efforts. When Germany lost the War, the United States got the technology as a war prize. This was known as "Operation Paper Clip". The U.S. brought the synthetic Oil Technology and leading German Scientist to the United States to produce oil. The effort was in Southern St. Louis on the river. The United States was producing oil, but the oil Industry did not approve of this. In year 1955 the Oil Industry met with President Eisenhower to discuss the synthetic oil business. The Oil Industry stated that they could not compete with synthetic oil and they feared, they would lose all their assets. Therefore, President Eisenhower banned synthetic oil in the United States.

Many countries have switch to synthetic oil and the CTO Process. South Africa has been producing oil since approximately 1952 and has a current capacity of 150,000 barrels

per day. Many new countries are introducing smaller synthetic oil facility and it seems to be the way to go; China and India are (2) leading countries. USP will clean-up the existing environmental problem.

My CCUS technology to stop the Global Warming; converts the carbon dioxide into renewable oil. The biggest cost reduction with capturing carbon dioxide is converting it to a profitable utilization product like oil! And there is a lot of carbon dioxide to recover, which equals a large amount of renewable oil. This is the answer; therefore, if we do not use the $CO_2$ to oil CCUS technology we will not produce Renewable Oil, which is the answer for the Oil Industry. The answer is NOT to suppress Albert N. Heichberger and suppress Albert N. Heichberger Global Warming technology. Do you get the picture? It is the oil industry.

IV    **"LAWSUIT HISTORY"**

The Coal Ban by Dr. Ernst Moniz at best is and was fraud. Coal should not have been banned, because there was coal recovery technologies available and installed and working throughout the World. Flour had several coal recovery plants installed in the world: Australia, Canada and the United States (Connecticut). Their cost was $65.00/ton $CO_2$ and they offered a reduce rate of $22.00/ton $CO_2$ with free steam. There is not much free steam in a power plant; they operate very efficiently with their steam. There is no waste steam. England captured carbon dioxide at the smokestack about (3) years ago. They did a number of coal plants ( 3 or 4) and stored the recovered $CO_2$ under the ground, which was acceptable. Carbon dioxide was recovered from coal plants and recorded.

I was poisoned by Dr. Ernst Moniz with arsenic (rat poison).  Someone entered my home and replaced my Lisinopril 20 mg tablets with arsenic 20 mg tabs.  I took one (1) arsenic pill at bedtime and became violently ill.  I went into hallucinations and started to throw-up and pass blood at my rectum.  I was in the hospital for (4) days and both my kidneys shut down.  My blood test said I had 200 units of arsenic in my blood.  I filed a complaint with the FBI-JAX and they investigated and said it was the Government.  I told Dr. Moniz, I would not work with him because of the poisoning, but that I would work with the Government as an independent contractor.

The ban on coal was done by the Department of Energy and not the Paris Accord. The U.S. is the only country where coal was banned.  It was working in every other country. The rules on banning coal for years was the power plants need not recover $CO_2$, if the DOE could not provide a coal recovery technology.  If the recovery technology was available; then the power plants had to recover the $CO_2$.  Further, Albert N. Heichbergers' Clean Coal CCUS Technology was available and very economical to operate.

When Dr. Ernst Moniz banned coal; he said the Natural Gas at 8% $CO_2$ could not be recovered at this time, but possibly in 20 years the technology would be available for recovery. This is Fraud and a false statement.  This ban was a twenty (20) year reduction for 40% carbon dioxide reduction.

Dr. Moniz did not mention Albert N. Heichberger, or his Coal CCUS facility.  He knew of the U.S. Patent #8,637,299, which I had mentioned to him and John Augustine, DOE. He obviously was lying or committing fraud.  However, when Dr. Moniz banned coal, he also banned the Patented #8,637,299 technology, because it was a coal based technology. We converted coal to Hydrogen for a fuel change of coal to Hydrogen.  Plus all my Patented

Technology was banned, because it worked off a Coal Fuel base. Not only did this mean coal 13.5%, but also natural gas 8.0%, oil 12% and turbine exhaust 2.75% $CO_2$. He banned all power plants fuels and actually he had to be crazy and did not know what he was doing. There is no other logical reason to explain what he did; except he did it intentionally.

The coal ban created a disaster in the coal industry. Coal minds were filling bankruptcy, and Coal miners were being laid off. There was no work in the regional employment. President, Trump when he became President; stopped the coal ban, but did not understand what happened prior or what he did. He wanted to get coal money flowing again. This whole Global Warming program of President Obama's was not a law, but only and executive order, which could be repelled and all the Global Warming money investment was wasted. I say Dr. Ernst Moniz was a mistake; he had no industry experience or Global Warming experience. He lacked wisdom and hands-on experience. He was working at a great disadvantage regarding Gas Engineering. He got so frustrated with Albert N. Heichberger that he tried to kill him with arsenic poison.

The United States', under the Obama administration, Global Warming Program was running wild. It was based on emotions and intellectual fraud and not on scientific knowledge. However, it was not always like that. Solar Energy Research Institute (SERI) conducted a professional research and development program. There are many books and articles on their work. You must review the United States Department of Energy's Aquatic Species Program "Bio-Diesel from Algae", dated June 1998 by the National Renewable Energy Laboratory, 1617 Cole Boulevard, Golden, Co. 80401-3000. It is gigantic record of the Governments detailed research and development on algae oil. It comes on a CD. You may download this from the Governments' on-line books and articles.

I worked with SERI as a Carbon Dioxide Expert, which I have 48 years of experience. What I did was not difficult for me. SERI had no one with hands on $CO_2$ experience and were doing something's wrong. I was only one man on a large team and my work is the continuation of SERI's work. I got a U.S. Patent #8,637,299, but it was definitely a team effort. SERI did a lot of work on Algae Oil. You do not need to be embarrassed by the technical competence of this renewal oil program. There were many good professionally educated men contributing to the effort.

**d.  DR.  ERNST MONIZ, PhD** - - - There is an obvious personal problem with Dr. Ernst Moniz. I will not say it in writing but I will tell the Court in a confidential meeting. Dr. Moniz would not have a meeting with Mr. Albert N. Heichberger, (ANH) Principle of Carbonic International, Inc. and U.S. Petroleum Corp. He would not talk with ANH on the phone in a one-on-one phone conversation. Yet the man destroyed Albert N. Heichberger both technically and personally. He drove me into bankruptcy and homelessness. He used the mighty power of the United States Government to destroy ANH. I was being observed by the U.S. Government since year 1983, because of my carbon dioxide work and my U.S. Patents.

Dr. Moniz was incompetent and inexperience in carbon dioxide. There is no-way he could out due Mr. Heichberger from a technical standard (school) or hands-on experience. Please look at Carbonic's Product catalogue; no other Carbon Dioxide Company in the World can match or at best equal ANH. I was known as a "FREAK" by my competitors, which means I was very smart with reference to my knowledge of carbon dioxide. I wish to clarify that statement; all I did for 48 years was carbon dioxide. Consulting "Engineering

Company's" could not keep up with me.  At best I was truly a nerd, but I did not look or act as a Nerd and my wife, Justine, dose not look like a nerds' wife, she is beautiful.

My sales experience is over-powering.  I traveled internationally and sold to Governments, and business owners.  I was a stand-up Sales Engineer; who worked alone; I did not sell using another salesman presence.  There is no way, Dr. Moniz could out design or out engineer ANH.  I also am a fermentation expert and have been in every brewery in the United States and Canada.  I also have a complete brewery product line.

Mr. ANH is good; no question about that!

V.                          "JURISDICTION AND VENUE"


20.     This Court has Jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331, and 31 U.S.C §3732, the latter of which specifically confers jurisdiction on this Court for actions brought pursuant to 31 U.S.C. §3730.

21.     There have been public disclosures of the allegations or transactions contained herein that bar jurisdiction under 31 U.S.C. §3730(e).

22.     This court has personal jurisdiction over the defendants pursuant to 31 U.S.C. §3732(a) because that section authorizers nationwide service of process and because all defendants have at least minimum  contact with the United States, and can be found in, reside, or transact or have transacted, business in the District of Columbia.

23.     Venue exists in the United States District of Court for the District of Columbia pursuant to 31 U.S.C. § 3730(b)(1) because all the defendants have at least

minimum contacts with the United States, and all defendants can be found in, reside, or transact or have transacted business in the District of Columbia.

## VI                    "APPLICABLE LAW"

### A. CONSTRUCTION LAW

24.    All permitting and construction Laws of the State of New Mexico, USA

25.    Federal reimbursement for shared work between the Federal and State laws and the Global Warming Program specifics.

26.    All work not to standards of Global Warming rules & regulations to be settle by court.

27.    General Contractor excepts all responsibility for work performance on site.

### B.    FALSE CLAIMS, ACT

28.    False Claims Act liability attaches to any person who knowingly presents or causes a false or fraudulent claim to be presented for payment, or to a false record or statement made to get a false or fraudulent claim(s) paid by the government.  31 U.S.C. §3729(a)(1)&(2)

29.    Under the False Claim Act, "knowing" and "Knowingly" mean that a person with respect to information:

(1) has actual knowledge of the information

(2) acts in deliberate ignorance of the truth or falsity of the information: or

(3) acts in reckless disregard of the truth or falsity of the information, and no proof of specific intent to defraud is required.  31 U.S.C. §3729(b).

30.    The False Claim Act is violated not only by a person who makes a false statement or a false record to get the government to pay a claim, but also by one who engages in a course of conduct that causes the government to pay a false or fraudulent claim for money.

31.    Items 4 through 6 above.  You have got to be a saint to get through these violations.  If the Courts want you they can get you.

# VII.                    "ALLEGATIONS"

32.  The DOE did not have a workable coal CCUS Facility to capture carbon, utilize carbon, or storage of carbon.  Therefore, they elected to ban coal from usage.  However, U.S. Petroleum Corp. had CCUS Technology for all carbonaceous fuels: Coal CCUS Facility 13.5%V, a Natural Gas CCUS Facility 8.0%V, a OIL CCUS Facility 12.0%V, and Turbine Exhaust CCUS Facility 2.75%V.  There was no need to ban coal.

   1) Coal has a substantial value or worth as a natural resource with a 250 to 400 year life expectance.

   2) Coal was a preferred fuel for producing electricity, it was low cost

   (3) Coal and Coal mines provided work for many American citizens

   4) Coal mines were located in rural country sides with low employment

   5) Coal mines supported father and sons for income in isolated areas

33.    The False Claim Acts biggest and maybe only Government violator for the FCA was Dr. Earnest Moniz, Secretary of Energy.  He was new to DOE with only approximately 3 years Government experience.  Dr. Earnest Moniz committed most all FCA

Albert N. Heichberger
Complaint – False Claim Act
File: R-70COMPLAINT07212017
July 21, 2017

25

violations, because he didn't know what he was doing in the scientific world.   Dr. Moniz was NOT crazy or has he a personality problem.  He functioned normally, but in a negative direction.  Dr. Moniz knew what he was doing and therefore, there will be no sanity pleas. He did whatever he wanted to; whether it was right or wrong.  I am going to list the violations so all know the problem maker?

34.     Dr. Earnest Moniz suppressed Albert N. Heichberger Global Warming Technology.  All Items 28 through 37 are False Claim Acts, which were not repaid.

35.     Dr. Earnest Moniz suppressed Albert N. Heichberger.

36.     Dr. Earnest Moniz threatens to steal Albert N. Heichberger CCUS Patent US#8,637,299.

37.     Dr. Earnest Moniz attempts to kill Albert N. Heichberger with arsenic poisoning.

38     Dr. Earnest Moniz retaliates against Albert N. Heichberger, which results in 245 days of homelessness for the Heichberger family and $30,000 in debt

39.     Dr. Earnest Moniz bans Albert N. Heichberger's U.S. Patent #8,637,299.

40.     Dr. Earnest Moniz bans Coal in the United States.

41.     Dr. Earnest Moniz destroys the U.S. Governments' "Technological Fix for the Global Warming".  Dr. Earnest Moniz leaves the DOE and goes back to MIT.

42.     Dr. Earnest Moniz did enough damage in 3 years.  It was total chaos!  He destroyed 47 years of work.

43     For ages coals' $CO_2$ could not be captured, because there was no workable $CO_2$ recovery technology available.  Read U.S. Patent #8,637,299 dated Jan. 28, 2014.

45.     There was no method available to capture carbon dioxide from Coal and the Government could not develop a working CCUS Facility and therefore, the Coal Industry did not have to capture carbon dioxide.

46.     In the old days, Coal could not be ban, because there was no Government technology available for clean coal technology.  Today coal can not be banned, because of Patent #8,637,299 technologies for clean coal technology requires coal to function.

47.     U.S. Petroleum Corp. used the captured carbon dioxide to produce renewable oil with 35 year proven oil technology.

(1) Synthetic Oil; Sasol, South Africa, 65 years proven operation 150,000 bbls/day

(2) Renewable Oil; United States 35 years proven operations

(3) Hydrogen Generator; United States, Britain and Canada, 200 years proven

48.     U.S. Petroleum reduced electrical power production cost by 50%.

49.     U.S. Petroleum Corp. commercialized Hydrogen.

50.     U.S. Petroleum Corp. commercialized renewable oil at $12.00 per barrel.

51.     DOE suppressed U.S. Petroleum Corp. revolutionary Technology and wasted taxpayers money (false claims) of upward of $250 billion dollars (estimate) for 1985 to 2017

52.     DOE committed the False Claim Act for $250 billion dollars developing and wasting Government money or taxpayer money.  Follow the money.

53.     DOE would not use U.S. Petroleum Corp. (USP) technology, because of U.S. Patent 8,637,299.  It appears USP is being penalized for investing in U.S. Patent 8,637,299. This should not be a business penalty.

54.     Dr. Ernst Moniz, Secretary of Energy was inexperienced and Started work with the Government approx. April 14, 2014.  No hands on experience.

55.     There was no need to ban coal, because a workable Coal CCUS Facility was developed by U.S. Petroleum Corp with 200 years of proven experience.

56.     Dr. Ernst Moniz held the Government back and thereby, cost the U.S. Taxpayer money.

57.     Dr. Ernst Moniz cost the Government and U.S. Taxpayers upwards of $250 billion (estimated) in False Claim Acts for period of 1985 to 2017

58.     One 600 MWe Coal Plant could produced 10.765 million barrels of oil per year.

59.     Dr. Ernst Moniz could not compete against U.S. Petroleum Corp. No hands on experience or industrial work experience.  He was a Professional MIT student and Professor.

60.     There was an attempt on Albert N. Heichberger's life by the DOE's Dr. Ernst Moniz and Joe Augustine, DOE Proposal Manager. Evidence is available.   After attempted murder; ANH refused to work with Dr. Ernst Moniz, but agreed to work with the Government as an independent contractor.

61.     Albert N. Heichberger (ANH) has 48 years of hands on-experience in the carbon dioxide industry.  A World Expert!  ANH is a custom equipment manufacturer and carbon dioxide specialty contractor.

62.     ANH abides by the U.S. Uniform Trade Secret Act of 1993.

63.     By all standards ANH can do and complete this CCUS project.

64.     ANH has a Patent ready to apply for patent pending status producing Jet Fuel at approximately $1.50 per barrel. The Air Force refused to work with U.S. Petroleum Corp.

The Air Force was paying approximately $4.50 per gallon of Jet Fuel.  The jet fuel can be grown by USP or sent to a refinery to have the correct specifications for jet fuel.  Sasol is producing certified jet fuel in South Africa at this time.

65.    ANH has a Patent ready to apply for a provisional Patent for four (4) types of CCUS Facility as follows:

    1. Coal CCUS Facility 13.5% V $CO_2$

    2. Oil CCUS Facility 12.0% V $CO_2$

    3. Natural Gas CCUS Facility 8.0%V $CO_2$

    4. Turbine Exhaust CCUS Facility 2.75% V $CO_2$

66.    ANH has a Patent to write for elimination of the Algae Ponds, which will reduce the large land requirements for the Fuel Facility.  I need to do the design and calculations, I have done this before.  I own a computer program for the design.

67.    ANH is requesting Whistleblower Protection at my home and state of Florida. My technology is valuable.

68.    MIT competed against ANH and attempted to steal his flue gas technology. They got a 90 million dollar DOE Grant, but they failed to produce oil.  They went bankrupt. They did not know what they were doing.  They made one small 200 CC bottle of oil.  Dr. Ernst Moniz was from MIT, a professor.  It takes 13 days to produce oil and they were trying to grow oil in 20 minutes or less.  This is Dr. Moniz's problem – revenge!

69.    ANH has completed the total design for a CCUS Industry, which will stop the Global Warming.  It actually is a very profitable renewable oil industry.  ANH needs to do another Qui Tam on Section 23 of the Commodity Exchange Act.  The Oil Industry is blocking the renewable oil industry.

70.     The oils' pricing must not be connected to OPEC price, but needs to be set by the U.S. Government or equal.  OPEC pricing produces extravagant profits and costs the U.S. Taxpayers directly for these profits.

71.     The oil industry opposes renewable oil, because they can not compete against renewable oil.

72.     USP must compete in the United States and internationally for oil sales.  USP will compete directly against OPEC for oil sales.

73.     OPEC will be our competitor.  To compete, USP must be able to control our oil's selling price and not be forced to use OPECs' current selling price.

74.     The Federal Court must clarify this oil competition problem as explained in item 48 thru 51.  It should be in writing or otherwise USP will be competing against the United States oil industry.

75.     Albert N. Heichberger was not paid for any of his services or technology.

76      All back-up evidence is available, both detailed and complete.

77.     ANH needs to tell you the following for the records.  I am involved in a legal dispute with reference to my home.  After Defendants attempted to kill me and failed; they started hoarsening and retaliation against ANH in his home.  They were trying to evict wife and ANH.  They were not successful in the eviction, but the owner's retaliation cost ANH $30,000, which I am trying to recover at this time.  They are illegal, American Homes for Rent (AH4R).  This action is subject to 3 times penalty?

78.     USP is 85% ready to recover $CO_2$ from a coal smokestack and convert it to renewable oil.

79.     It was "POLITICALLY INCORRECT" to recover carbon dioxide from a coal fired power plant in 1980s and 1990s.

80.     Dr. Moniz and Mr. J. Augustine told ANH on phone; that they were going to steal his Patented CCUS technology.

81.     The DOE tried to put ANH in a mental hospital (2) times, by Baker Act.

82.     The DOE's Mr. John Augustine checked ANH's Calculations for 6 months and said they were good.

83.

100.    **FURTHERMORE** - - Dr. Ernst Moniz's ban on coal was a direct retaliation against U.S. Patent 8,637,299 because it is a clean coal based technology, which will not function without coal to convert to Hydrogen. He knew this and in uncontrolled intellectual envy/rage destroyed the CCUS technology. Dr. Moniz was knowledgeable of Pat#8,637,299. This is what Dr. Moniz and John Augustine meant when they said they planned on stealing my Coal CCUS Technology.

Dr. Moniz stole the ownership of U.S. Patent 8,637,299 in approximately September 01, 2016 by his ban on coal. The Patent functions basically off coal. It converts coal to hydrogen for combustion in a coal fired (or other carbonaceous fuel fired) electrical fired power plant, which provides clean coal technology. Once, President elect Donald J. Trump took office in November 2016, he promised to repel the coal ban and in approximately February 2017 lifted the Governments ban on coal and Albert N. Heichberger. On June 1, 2017 President Trump officially withdrew from the Paris Global Warming Accord, which finalized his ban on coal and U.S. Patent 8,637,299, which should finalized all future Government "GLOBAL WARMINING" retaliation on Albert N. Heichberger and Justine M.

Heichberger, and U.S. Petroleum Corporation. This Qui Tam lawsuit must be filed in Federal Court as soon as possible. This action was celebrated on Albert N. Heichberger's 78 birthday dated June 2, 1939.

## VIII.    "CAUSES OF ACTION"

### Count 1.    Financial Liabilities for Uncovered Costs

84.    All project checks shall be two party type signed by the President of the United States or his representative (1) only rep. and by the President of U.S. Petroleum Corporation with no exceptions. Costs totals will be current and accurate at all times. All Government business, representatives, travel, and expenses will be by others and not billed to the Project. They will be controlled by the Vice President in charge. There will be no cracks in the floor.

Signed and approved by one of the following:

(1) United States of America - - President

(2) U.S. Petroleum Corp. - - President

(3) Govt. Business - - Vice President

All other claims are false and is liable under the False Claims Act, therefore

85.    Under information and belief, false claims continue to, that are not for an indication approved, we will institute a Purchas Order Department which will mimic the Government conventional Purchas Order Department duplicated. Any purchase above $5,-000 will require a formal purchase ordered issued by U.S. Petroleum Corp.

(1)  With actual knowledge

(2)  In deliberate ignorance, or

(3)  In reckless disregard

That such claims are false , and are liable under the False Claim Act, therefore

**Count 2:  Provider Liability for False Claims**

86.  Provider has submitted and/or causes the submission of false claims continues to submit or cause to be for reimbursement for false claims billed to Relator and to other parties, that are not for an indication that by the General Contractor or approved by one or more of the Compendia

(1) With actual knowledge;

(2)  In deliberate ignorance or

(3)  In reckless disregard

That such claims are false, and are liable under the False Claim Act, therefore

## IX.            "DEFENDANTS' LIABILITY"

87.    By virtue of the acts described above, Defendants, Contractors, Sub – Contractors or employees;

a) Submitted and continue to submit, and/or

b) caused and/or continue cause to be submitted, false or fraudulent claims to the United States Government for payment of claims ordered by the Relator other Supervisor that are not for an application that is approved by the Government or supported by one or more of the Compendia.

88.    Gina McCarthy, EPA Administrator submitted false or fraudulent claims to the United States Government (Fraud Enforcement and Recovery Act of 2009) for payment of huge employment payrolls which grew under the "Global Warming" Program and for the Global Warming, which was for the advancement of the Governments "Global Warming "program interests?  The claim was "any request or demands, whether under contract, for

money or property is a claim "(31 U.S.C. §3729(b)(2). The intent false statement was the "Global Warming" Program, which was material to the false statement. This money was trashed by President Trump.

89.     Albert N. Heichberger's U.S. Patent #8,637,288 was subject to reversal to the U.S. Government ownership under Patent Law and not an excuse for Dr. Earnest Moniz to destroy Albert N. Heichberger and/or not a reason to use the U.S. Government's Technological Fix for the Global Warming. He (Dr. Moniz) made an important mistake, which should admit Dr. Moniz's guilt.

90.     All Global Warming Claims submitted in violations of the Anti-Kickback Statue 42 U.S.C. §1320a-7b (b) automatically constitutes a false claim under the False Claim Act. (31 U.S.C. §3729(b) (1) (B) specifically states that no proof of specific intent to defraud was required.

91.     The Government refuses to pay and continues to pay false claims

92.     By reason of the Defendants' acts, the United States has been damaged. And continues to be damaged, in substantial amount, to be determined by/at Court.

93.     The Relator will build the renewable oil facilities in the private sector and with private funds and will protect himself from any and all retaliation from the Defendants and or Supporters. There is going to be a reversal with no retaliation from Dr. Earnest Moniz and or his associates. The Relator does not know or understand his support for the Global Warming, and or support for the taxpayers and their families; if the Government does not support the Global Warming. Relator feels and will always feel that all actions were oil motivated and therefore, request court's protection from the oil industry. The Relator request

Courts approval/permission to develop the renewable oil industry and necessary corrections of all oil pricing rules/laws.

94.     It is important to note; "President Obama's" Global Warming/Climate Change Program was ruled to be "FRAUD" by President Donald J. Trump and shut-down. Thereby, President Obama's' wasting a huge amount of Taxpayers money. These massive programs must be approved by all legal powers and taxpayers to eliminate waste of money. President Obama should not have supported a controversial taxpayer program, which was not supported by all and the U.S. Law.

**95. STOP ALL UNFAIR BUSINESS PRATICES!**

## X.                          **"PRAYER FOR RELIEF"**

**WHEREFORE,** Plaintiff, United States of America, through Relator, request the court enter the following relief:

A. The Defendants be ordered to cease and desist from violating 31 U.S.C. §3729 of *et sep.* Further, the Department of Energy (DOE), Environmental Protection Agency (EPA), and American Homes For Rent (AH4R) and their employees cease and desist from violating the following:

> a. Unfair or illegal Business Interference and/or Business Interruption
>
> b. Unfair or Illegal Business Practices.
>
> c. All attempts to murder or injury to Albert N. Heichberger
>
> d. Harassment of Albert N. Heichberger
>
> e. Disparagement or belittlement of Albert N. Heichberger
>
> f. Disparagement or belittlement of all of Albert N. Heichberger's
>
> technology.

> > g.  Disparagement or belittlement of all of Albert N. Heichberger's
> >
> > Companies; Carbonic International Inc. and/or US Petroleum Corporation.
> >
> > h.  NO future attempts for the mental intuitionalism  of Albert N. Heichberger
> >
> > i.  NO attempts either directly or indirectly to harass Justine M. Heichberger,
> >
> > wife.  In no way is Justine M. Heichberger part of this legal problem and at
> >
> > her age, she is a senior citizen and is subject to special considerations.

   B.  That this Court enter judgment against AH4R, Defendants in an amount equal to three times the amount of damages that Albert N. Heichberger, Realtor has sustained because of defendants' actions, plus a civil penalty of not less than $5,500 and not more than $11,000 for each violation of 31 U.S.C. §3729;

   C.  That this Court enter judgment against Defendants (American Homes 4 Rent & Lorain Kelly Scott see address last page) in an amount equal to three times the amount of damages ($30,000 X 3 = $90,000) that Albert N. Heichberger, Realtor has sustained because of defendants' actions, plus a civil penalty of not less than $5,500 and not more than $11,000 for each violation of 31 U.S.C. §3729;

   D.  That Relator be awarded the maximum amount allowed pursuant to §3730(d) of the False Claim Act.

   E.  That Relator be awarded all costs of this action, including attorneys' fees and expenses, and

   F.  That Relator recovers such other relief as the Court deems just and proper, which shall include the Total Construction Project by the General Contractor (U.S. Petroleum Corporation (USPC) and all its Sub-contractors) for the Coal CCUS Facility complete and in full, and operational, in the State of New Mexico, and Arizona and at the dedicated coal fired

Power Plant(s) Sites.  This assures the United States of America's Government gets built what they paid for complete and producing renewable oil; and an Industrial Type Facility, a show place for the World.  USPC will team with Bechtel or equal and all project trades will be Union.  It will be a Union Project.

G.  I have prepared an Initial Public Offering (IPO) Prospectus for a US$90 Billion staged public offering.  If this Qui Tam turns out positive, I will do the IPO for project funding to construct a Renewable Oil Industry.  This Qui Tam will become a temporary interruption in the completion of my (ANH)  work.

H.  I, Albert N. Heichberger, am confident that I can prove beyond a reasonable doubt that this is a case of Government Fraud and Taxpayer Fraud; billions & billions of dollars.  The Governments' Global Warming Program was fraud, because the Coal CCUS Facility and others CCUS Facilities were available since approximately 1985.

I.  There must be an acceptable Government Oil Pricing Policy for Renewable Oil to Work.  The United States needs renewable oil to survive.  No question, oil is running out.

J.  The Court must institute an effective degree of control over the government and secular taxpayers to stop this incompetence from happening in the future.  All people think they are very intelligent, but that is not true.  They will make numerous mistakes and think they are doing what is right.  They believe in vendettas.  Very few people have intelligence plus wisdom and I really think that wisdom should lead.  A phone number "Hot Line", which means "stop this insanity" and provides instant help for the caller.  There is nothing in place to stop Government harassment.  And there is Government harassment.

_**"CONCLUSION"**_ - - - Tell the Paris Global Warming Accord the following:

In 1982 the United States Governments' Department of Energy undertook a "Secrete Mission" in the deserts of New Mexico. They were going to Research and Develop the Government's "Technological Fix for the Global Warming". They were prepared to convert carbon dioxide into oil and they did just that. Now the United States Government is prepared to take the Worlds lead point in ending the Global Warming with 35 years of concentrated effort by many experts contributing to the completion of the Research and Development Project. We are now prepared to build our technology. It is complete and ready to stop the Climate Change. The United States has not seen a better solution to the problem in the 35 years and it is all proven technology with a combined effort of 200 years in operation. It is the Winner! Furthermore, if the United States joins the Paris Accord it will cost the United States another US$250 billion dollars (estimated) for a total of US$500 billion dollars.

The United States is pleased to announce that they will do a Technology Transfer with the World Leaders after completion of the project. The World is in a state of confusion at this time and is emotionally out of control, because of a lack of leadership on the Department of Energy's leadership role, but we can handle the problem. We estimate that at most 5,000 citizens have seen a carbon dioxide plant much less know how it works. We are confident that our experts can handle the problem and that we will succeed in our efforts of constructing the "Technological Fix for the Global Warming"

**ANSWER:- - -** The secrete to the "Technological Fix For the Global Warming" is simple. It is a simple mathematical equation as follows: CCUS = CC +U+S, which reads: capture carbon + utilization carbon + storage of carbon.

a. **Capture Carbon:** consists of the utilities required to remove the carbon dioxide from the flue gas. For high purity that cost is $7.00 or $8.50 per ton of $CO_2$ per ton.

For Low Purity (8% to 13.0% $CO_2$) it cost from $22.00 to $65.00 per ton $CO_2$. The difference being the chemical reactivation cost of the chemical bulk gas separator: Steam or whatever. Steam cost $3.50 to $5.00 per 1,000 pounds steam.

b.  **Utilization:** is the secrete to a successful CCUS. How much profit can be made off the byproduct of the recovery process? This obviously depends on the product you manufacture. I looked for many years and decided oil was the winner at $50 per barrel times the number of barrels. Example: 2 barrels x $50.00 per barrel = $100.00 or 3 barrels x $50.00 per barrel = $150. per ton $CO_2$. I think $CO_2$ to rubber is doable.

c. **Storage:** consist of a refrigerated holding tank, because $CO_2$ is a refrigerant. I would use a figure of $0.50 per ton of $CO_2$. This amount depends on how well you insulate (R-35) the storage tank.

d. **Answer:** is $65.00 + ($150) + $0.50 = $84.50 profits per ton of $CO_2$. It is a logical answer. However, if you could convert carbon dioxide into Gold; gold would be the answer. Albert N. Heichberger was only one member of the team.

Paris Accord, please don't waste a lot of time on the design of the "Technological Fix for the Global Warming'. This equation has stumped experts, mathematicians, and PhDs; but any 6[th] grader could do it. I recommend U.S. Patent # 8,637,299.

**EXAMPLE PROFIT & LOSS:** All per Technical Paper entitled "U.S. Oil Works" article "Announcement CCUS Facility" page 2. Based on electricity $00.11/kwe, oil $53.68 per bbls sales price, 0.0% carbon emissions. This is the price per one (1) CCUS Facility and total Six (6) CCUS Facilities.

### Annual Sales with OIL:

Annual Sales: ------------------------------------------ $1,734,480,000

Annual COS:   ----------------------------------------- $157,329,060.00

TOTAL PROFITS:------------------------------------ $1,577,150,940

Total Profits (6) CCUS Facilities ---------------------- $9,462,905,640 (Billion)

**Annual Sales  NO OIL:**

Annual Sales:   ----------------------------------------- $1,156,200

Annual COS:   ----------------------------------------- $   842,960.00

TOTAL PROFITS:------------------------------------ $   313,240

Total Profits (6) CCUS Facilities ---------------------- $1,879,440 (Million)

Isn't that profit nice, and there will be about 1,000 to 1,200 coal CCUS Facilities in the United States.  I say the money belongs to the taxpayers!  Now you understand what the fight was all about.  Further, if you have any questions, I can prove my calculations.

## **WORD ON FRAUD** - - - I can not pass this opportunity up.  In year 2009 President

Obama signed the Fraud Enforcement and Recovery Act.  It was an excellent law, but no one adhered to it in this complaint.  The Global Warming was running wild and everyone was having a grand old time with Fraud.  They were shouting; more money; more money, faster and faster money.  Every penny the Government spent was lost to fraudulent acts since 1985 to 2017.  Billion of dollars wasted and thrown down the tubes.  What happened Dr. Moniz? Didn't you know you were supposed to follow the Fraud Enforcement and Recovery Act? What a way to run a Department of Energy movement?  Confusion, Confusion and more confusion.

I strongly urged that at least two people be interviewed regarding fraud: President Obama and Mrs. Hilary Clinton.  Were did President Obama come up with $8,1 million to buy a home; was this a kickback or did he write a book?  Mrs. Hillary Clinton is in an ideal

business to make unheard of profits from fraud and write them off to North Korea.  I strongly recommend that Mrs. Clinton be giving a polygraph test and find out were all her money is coming from the Global Warming or Politics?  Don't laugh, you may be surprised?

## <u>THE CLOSING</u>: - - - Further, I, Albert N. Heichberger, wishes to inform the court, at

this time, that I know of at least (4) versions of this Oil CCUS Technology. And further, I, Albert N. Heichberger, am confident that I will stop the "Global Warming".  The Court shall award ANH all out of pocket lawsuit expenses.

Thanks for listening.

DATED ___July 27, 2017___

By: _____

Albert N. Heichberger

5109 Sunderland Rd.

Jacksonville, FL 32210

TEL:  (904) 312-0769

E-Mail:  123heichberger@gmail.com

ALISA MERVIN
Commission # GG 061306
Expires January 10, 2021
Bonded Thru Troy Fein Insurance 800-385-7019

## <u>STATATEMENT of TRUTH</u> - - -- I, Albert N. Heichberger, believes the

facts stated in the Qui Tam Complaint above, dated June 30, 2017; pages 1 through 33, July 27, 2017

are true and accurate to the best of my knowledge and ability.

Albert N. Heichberger, President

Albert N. Heichberger
Complaint – False Claim Act
File: R-70COMPLAINT07212017
July 21, 2017

**CERTIFICAT of  SERVICE** - - - The undersigned hereby certifies that a copy of this Complaint and written disclosure of substantially all material evidence and information Relator possesses has been served on the Government as provided in FRCP 4.

Date: 7/27/17     Signature :

P.S.  I know that the only reason that I am writing this complaint today is the Catholic Church, the Churches financial assistance, and Ms. Donna Ridgeway's Christian help.  The Government would have destroyed Justine and I.  I would be in a mental institution.  No question about it.  Thanks be to God!

**MAIL LIST - ADDRESS**:

L. Kelly Scott, Property Manager-

c/o AMERICAN HOMES 4 RENT

4651 SALISBURY RD., SUITE 170

JACKSONVILLE, FL 32256

Dr. Ernst Moniz, Secretary of Energy

C/O The White House USA.gov

1000 Independence Ave., SW

Washington, DC 20585

7/27/17

ALISA MERVIN
Commission # GG 061306
Expires January 10, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

Albert N. Heichberger
Complaint – False Claim Act
File: R-70COMPLAINT07212017
July 21, 2017

42

National Energy Technology Laboratory

P.O. Box 10940

Pittsburgh, PA  15236

Attention:     Mr. John N. Augustine, MS 921-107

                      DOE Unsolicited Proposal



Environmental Protection Agency

1200 Pennsylvania Avenue, N.W.

Washington, D.C.  20460

Attention:     Mr. Edward S. Pruitt, Esquire

                      EPA Administrator



Environmental Protection Agency

Ariel Rios Building

1200 Pennsylvania Avenue, N.W.

Washington, D.C.  20460

Attention:     Gina McCarthy

                      EPA Administrator



Enclosures:     a. Complaint - 42 pages

                       b. Disclosure - 8 pages

Albert N. Heichberger
Complaint – False Claim Act
File:  R-70COMPLAINT07212017
July 21, 2017

43

c. Patent US #8,637,299- 15 pages

d. US Oil Works - 29 pages

e. Carbonic product catalogue – (2) CDs

**COMPLAINT & DISCLOSURE: - - -** Filed as follows:

| | | | | |
|---|---|---|---|---|
| 1.) | U.S. District Court | | Mail 7/25/17 | |

300 N. Hogan Street                    ITEM a., b., c., d., & e.

Jacksonville, FL 32202

TEL:  (904) 549-1900


2.)      Attorney General of the United States      Mail 7/25/17

950-1 Pennsylvania, NW, RM#2242      ITEM a., b., c., d., & e.,

Washington, DC 20530-0001

TEL:  (302) 514-2000


3,)      United States Attorney, District Court      Mail 7/25/17

300 N. Hogan Street                    ITEM a., b., c., d., &

Jacksonville, FL  32202

TEL:  (904) 301- 6300

Albert N. Heichberger
Complaint – False Claim Act
File:  R-70COMPLAINT07212017
July 21, 2017