FILED

# PART II OF II

2017 OCT 12  PM 12: 58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

United States of America

Ex relator Albert N. Heichberger

    "Plaintiff(s)",

        Vs.

AH4R, LLC

L. Kelly Scott, AH4R, Property Manager

    "Defendant(s)"

)Case No.: 3:17 - CV- 902 -J-39JRK

)Division:: CIVIL ACTION

) Filed in Camera And

) Under Seal

) Taxpayer Fraud

) Jury Trial Demanded

---

**Complaint and Demand for Jury Trial**

# PLAINTIFF'S COMPLAINT PURSUANT TO 31 U.S.C §§ 3729-3732

# OF THE FEDERAL FALSE CLAIMS ACT – PART 2 of 2

The United States of America, by and through *qui tam* relator    ALBERT N. HEICHBERGER    (Relator), brings this action under 31 U.S.C § 3729, et seq., as amended (False Claim Act) to recover all damages, penalties and other remedies established by the False Claim Act on behalf of the United States' taxpayer.



## "COURT ACTION BY ALBERT N. HEICHBERGER TO RECOVER MONETARY DAMAGES FROM AH4R"

**WHERE AS THE Plaintiff(s)**, Albert N. Heichberger (ANH), Plaintiff(s) wish to have a court action too recover $5 million scraped IPO and $26,206.32 (see page 5) in momentary damages illegally caused by Ms. L. Kelly Scott, Property Manager, AH4R (American Homes for Rent) and her retaliatory acts against the Heichbergers.

Therefore:

(1)     This Lawsuit claims that American Homes for Rent (AH4R) and L. Kelly Scott, Property manager did violate the court order designated "Resolution Order on Eviction" dated February 2, 2016 by the Honorable Mose Floyd with case number 16-2016 –CC-18, Division "M", page 2, Item 8: "In the event the Defendants (Heichbergers) comply with the terms of this order, this matter shall be voluntarily dismissed" see Attachment "B" and further, violated the State of Florida's Chapter 83-Landlord and Tenant Part II, Residential Tenancies chapter 83.64(1) through (4), Retaliatory conduct -  see Attachment "C"

a.) Further, it is to be noted that L. Kelly Scott does not operate in "Good Faith", which means honesty in fact in the conduct or transaction concerned.   Also, based on public complaints on Willow internet AH4R Corporate does not operate in good faith or customer care.  I have been in (3) Retaliatory law suites with L.     Kelly Scott in (6) months.  She is that type of a women.  I am right and that is it.

2.)     This Lawsuit is for repayment of debt created by L. Kelly Scott, Property Manager of AH4R to the Most Holy Redeemer Catholic Church the lender of $14,406.32 to Albert N. and Justine M. Heichberger for living accommodations and other expenses, $26,202.32 Grand Total, for this injustice of illegally forcing the Heichberger's into a state of homelessness at the age of 77 years by providing a negative references (evicted, non-payment and etc.) on rental application (please see Attachment "B"), and Business Interference  Senior abuse!

(3.)   RETALIATION: - - - Chapter 83; Landlord and Tenant Part II, Residential Tenancies 83.64 Retaliatory Conducted (see Attachment "C" - - - states that it is unlawful for a landlord to bring or threaten to bring an action for possession or other civil action, primarily because

the landlord is retaliating against the tenant; in order for the tenant to raise the defense of retaliatory conduct, the tenant must have acted in good faith. Examples of conduct for which the landlord may not retaliate include, but are not limited to, situations where:

    a) The tenant has complained to the landlord pursuant to a 83.56 (1) or

    b) This act of retaliation gives Ms. Kelly Scott more legal power than the Judge.

    (3) Evidence of retaliatory conduct may be raised by the tenant as a defense in    any action brought against him or her for possession.

    a. ANH has worked through the Court in display of good faith at least twice in an act of good faith and this is an example of the Landlord retaliatory action of the Courts final order to resolve the matter of good faith and stop the Landlord's retaliatory actions.

    b. The Landlord refuses to abide by the State of Florida's Landlord and Tenant, Part II, Residential Tenancies and only considers AH4R own Rental Agreement, legally correct which is in legal error.

    c. The Landlord feels that AH4R is the largest Rental Company in Florida, perhaps the United Stares, and therefore it is not bound by Florida Chapter 83.

    d. The Landlord (AH4R) has one standard Rental Agreement which they use in    all States and it is considered the U.S. Rental Bible no matter what the State of        Florida says.

    e. The State of Florida needs to review AH4R Rental Agreement for legal compatibility with Chapter 83 – Landlord and Tenant Part II.

    f. Ms L. Kelly Scott played an important part in the acts of retaliations as   described in ATTACHMENT "A" Preliminary Information 3 – pages and are in       accordance with s 83.67(6) Prohibitive Practices and s 83.67(7) injunction relief        and    s   83.67(8)    other remedy at law.

(4.) There is proof that L. Kelly Scott wanted an eviction, which I told the Judge. I stated;" all she want was an eviction against me to damage my credit report." Therefore the Judge carefully wrote the final court order regarding the eviction out on the final court order, but she won with regards of getting an evection against ANH. I did not know it at the time, but found out about it in October. I called the Clerk of the Court's office and was told that both a

an eviction and a non-eviction were handled the same way, but I said I was not guilty. The Clerk of the Court said it made no difference, because they both are handled the same.

I then talked to an employee from Catholic Charities. She said I could not get a home rental, because of my eviction, but I said I was not evicted. She said it doesn't matter they will not rent to you. They are the license real estate brokers. She told me to go a private party and rent a home. I did and the first home I rented. Ms L. Kelly Scott had intent of committing retaliation against ANH from the very beginning. I don't think she knows it is an illegal act in Chapter 83 – Landlord and Tenant, Part II. Ms. Kelly Scott did not know Chapter 83, which I complained about often to the Judge. It is chapter 83.64 Retaliatory conduct. She is definitely guilty.

At first, I ask the Clerk of the Court to remove or reword their records regarding their public records by my letter. I never heard from the Clerk of the Court, my attorney said they would not change the public records.

At another time I called Kelly Scott regarding a meeting to discuss my rental problems. She did not answer her phone. She never answers her phone so I sent an email, but she did not reply. It was a polite e-mail in which I requested a meeting to discuss the problem which I was having renting a home and so we both understood my problem. I never heard from her. This is proof of her acts of retaliatory actions. She definitely is guilty of Retaliation and she knew what she was doing.

The problem with renting a home from not a license realtor is you cannot reside in your desired zip code or select a home appearance to meet your business requirements. Today it is a simple matter to use Google to view your home on the internet. This can be a very real problem doing business. I always rent a home as part of my office for doing business and I will pay more monthly rent for the home.

(5) The signed Secrecy Agreement in the Rental Application to bad mouth the applicant (renter), which over rules the Courts Final Order that the Tenant's was not convicted of an Eviction. Landlord is using a Secrecy Agreement to overrule the Judge's Final Order of no guilt of Eviction for the tenant.

    a. ANH says that this act is an unlawful act by the Landlord and it proves guilt of Retaliation in this lawsuit. Using one law to justify a criminal act of guilty of another law..

(6)   ANH is being destroyed by L. Kelly Scott by character assignation. ANH and   JMH are seeking an injunction against L. Kelly Scott and AH4R to not interfere with or react with the Heichbergers in all areas of business interference or business interruption.   Also, senior abuse and judicial corruption are considered damaging.   Mr. Heichberger is a World expert and leader in carbon dioxide, coal, and renewable oil production.   ANH currently has a $90 billion dollar oil industry opportunity, a $500 million dollar lawsuit and a $540,000 donation to the Catholic Church.   Kelly Scott can damage ANH and cost him this valued business with her ignorance.   My court background will not allow me to do an IPO.

(7.)   This Lawsuit is for repayment of debt created by L. Kelly Scott, Property Manager of AH4R to the Most Holy Redeemer Catholic Church the lender of $14,406.32   plus other expenses (see Page 6) for   Grand Total of $26,206.32 owed to Albert N. and Justine M. Heichberger for living accommodations, furniture storage and car storage for 256 days and other expenses for this injustice of illegally forcing the Heichberger's into a state of homelessness for 256 days at the age of 77 years. This is senior financial abuse!

(8.)   LEGAL HARASAMENT - - - Albert N. Heichberger filed a complaint with the Federal Bureau of Investigation (FBI), Jacksonville for attempted murder (3) times, commitment to Mental Institution (2) times,   Police Corruption, Judicial corruption, St Vincent's Hospital harassment and the others general Harassment of ANH.   The FBI conducted an investigation and then informed ANH that the United States Government was behind all my above claims.   Further, that the U.S. Attorney General would not prosecute at this time, but at some time in the future.   This case is the Legal Harassment of the Heichbergers by the Government and others, because of U.S. Patent #8637299. The facts are clear for guilt by Government, but they do not care if they are guilty or innocent; this is legal harassment. The Heichbergers are suing the Federal Government and others for $500 million dollars.

Mr. ANH has concerns for the health of his wife Justine M. (78 years old), because of the circumstances of this type harassment on her senior health and or mental health.

(9.)   Is L. Kelly Scott liable for criminal charges, because of her responsible role as the home manager and conduct and actions with the home; attempted murder and etc. a recommended 5 year sentence in a State prison?

(10.)    It has become apparent that L. Kelly Scott was working with The U.S. Government in an effort to harass the Heichbergers. There was no real reason, legal or reasonable, for Kelly Scott's negative actions. Clearly the Heichbergers did not cause the problems. They just defended themselves. L. Kelly Scott was creating imaginary legal violations to keep the harassment going. Enough is enough! The Government could not destroy Albert's technical work; so they attached Albert's personal life and his credit score and they used L. Kelly Scott to get to Albert N. Heichberger. It is obvious they say; Albert is crazy, Albert is crazy! This is stupid.

(11.)   Mr. Heichberger commercialized renewable oil, and commercialized Hydrogen. Oil costs US$12.50 per barrel to produce. There are 230 years of proven operating experience. ANH worked in seclusion at 2680 Cold Creek Blvd. all in accordance with the U.S. Uniform Trade Secret Act for a total of 34 years to complete his technical work. No one else in the world could do the work.

(12.)   It was agreed by the Court not to have an Eviction Listing on the   Heichberger's credit report rating per the Judge's Order. The Heichbergers were  leaving 2680 Cold Creek willingly  and on their own and AH4R was trying to evict them first for an eviction on their credit report. AH4R wants to destroy the Heichberger's credit and making owning or renting a home impossible (homeless). The Heichberger never missed a monthly rent check in (7) years. However, the rent was too expensive for the Heichbergers. They wanted to downsize to increase their spending money. The eviction was done as retaliation by Kelly Scott, Property Manager. AH4R is a negative company with many tenant complaints against them. Check them out on the internet. Search Google, Kellow, BBB and Face Book. Do a Google Search of "AH4R.

(13.)   Further, AH4R Management withdrew the first Court Eviction from the Court Action. This was discussed in the Court hearings but Kelly Scot added it to the credit report.

(14.).   These acts of the "Eviction Credit Report Listing" appear to be an Act of Retaliation or act of not acting in good faith by AH4R's Ms. Kelly Scott.

           1. January 4, 2016          2. April 23, 2015

(15.)   These false evictions have caused great monetary damages to the Heichberger. ANH and JMH are Homeless at the age of 77 years old.  The Heichberger's are outstanding

Christians in the Catholic Church.  The Catholic Church is paying these monetary damages for the Heichbergers and ANH is expected to repay the funds to the Church!

(16.)  Ms. Kelly Scott claims that the Heichberger owe AH4R one month rental check of $1,230.00 for the last month rent.  ANH has a copy of a cancelled check for said rental charge.

(17.) Albert N. Heichberger is retired and living on a modest Social Security retirement check of $1,765.00 per month.

(18.)   The Heichberger's are attempting to purchase a home, but these false evictions actions are damaging the home's closing.

**KELLY SCOTT CROSES THE LINE:** - - - Sneaky Kelly Scott practices LAW in the Duval County Court Room.  She formed a none legal Eviction without a Court Order by Judge Mose Floyd authorization.  She knew how to structure it without a Judge.  Albert N. Heichberger was not evicted from the home by the Judge Mose Floyd.  I was set-up by Kelly Scott.  Kelly Scott has no business doing Business Interruption.  It is illegal.

**PREMEDITATED FRAUD:** - - - This was premeditated Fraud by Ms. Scott and it is the reason she consistently was suing Albert N. Heichberger.  This act of retaliation was done by Ms. Scott.  She new by experience she could win with retaliation and hurt ANH financially.  AH4R is a licensed Relator, which has an (illegal) agreement with all other licensed realtors that if for any reason Kelly Scott says anything bad about ANH when renting a home from them, they will not rent to ANH.  You must sign an agreement that you will not sue the new Relator when requesting a home rental.  I do not think this is a legal act or agreement by law.  No one can force a person to do something illegal.   This act caused server financial harms to A. Heichberger and put him in a state of bankruptcy.  The act is also retaliation by AH4R, which is illegal according to Chapter 83 – Landlord and Tenant Part II, Residential Tenancies 83.64 Retaliatory cOnduct 83.64(2).  Kelly Scotts anger and hate for ANH caused the act of retaliation.  ANH knows other women the same as Kelly Scott and they hate men with a passion.

Also, I tried to have the Judge Mose Floyd stop the Act of Retaliation, but he would not grant a Court Hearing, after (3) letter request for a Hearing.  The Judge's Mose Floyd final Court Order entitled "Resolution Order on Eviction" Item (7) The Court Judge Mose Floyd retains jurisdiction to enforce and modify this Order.  ANH reviewed the agreement prior to accepting it and it was acceptable if Judge Floyd would enforce the Agreement,

which he did not. Albert N. Heichberger claims the Judge Mose Floyd knew Kelly Scott's intentions of financially hurting Albert Heichberger by retaliation and Judge Floyd would not act to stop the Retaliation. Judge Mose Floyd is Jacksonville's Eviction Judge and handles AH4R evictions. Kelly Scott is in court probably once every 30 days. She controls approximately 2,500 rental homes. It is an obvious and true conclusion. The decision is caused by the history of the Court and a conflict of interest with Kelly Scott.

Further, the Court is now being sued for corruption and a Conflict of Interest between AH4R and the Court. What Kelly Scott did had the same effect as an eviction, but without a Judge's Order and it was illegal per Chapter 83 – Landlord and Tenant Part II., 83.64(2).

**WHEREFORE,** Plaintiff(s) ask the Court to find the Plaintiff(s) not guilty of all Defendants' counter complaints, and request for Attorney Fees & costs of suite and no other relief by the court. The Plaintiff(s); Albert N. and Justine M. Heichberger shall be paid all court costs, Legal Costs, Attorney Fees, and other costs. The Defendants should pay $26,206.32 for all direct monetary damages to the Heichberger's Family. The Plaintiff(s) request the Defendants immediate removal of both (2) Eviction Filing on Plaintiff(s) Credit Reports and Public Information at no cost to the Plaintiff(s), to be promptly removed. With formal notice to the Heichbergers at time of complete removal and formal statement of all corrections made. An Injunction for Ms. L. Kelly Scott to stay away from Albert N. Heichberger, Justine M. Heichberger, Carbonic International, and/or U.S. Petroleum Corporation by a formal Court Order. Further, Ms. Kelly Scott, Manager should be penalized for "Elder Financial Abuse" via use of AH4R Corporate Funds.

**TERMS and CONDITIONS:** If the Court finds the award in favor of Justine M. & Albert N. Heichberger in the amount of $14,406.32 (Motel) plus, Car Storage 1998 Cadillac $3,510.00, 2000 Ford Van $3,510, Personal Loan Mr. D. Tibbits $2,200, and Furniture Storage $2,580.00 = $26,206.32 Total to be made payable through a Bank Check (Certified Check) as listed below. Mail directly to: "Most Holy Redeemer Catholic Church" 8523 Normandy Blvd., Jacksonville, Florida, 32221-6701, Attention: Rev. Timothy Lozier, Pastor. Check for $14,406.32, Net 30 days. Other Checks payable as noted below:

(Continued Page 6)

Most Holy Redeemer (MHR)--------- $14,406.32 payable to MHR

1998 Cadillac -------------------------- $3,510.00 payable to ANH

2000 Ford Van-------------------------- $3,510.00 payable to ANH

Mr. Tibbits Personal Loan ------------ $2,200.00 payable to ANH

Furniture Storage---------------------- $2,580.00 payable to ANH

GRAND TOTAL:---------------------- $26,206.32  Payable


The first public offering would be for US$5 million, which creates a public company and two (2) years later I would do a $18. billion offering every (2) years for $90 billion in ten years. This would build our oil plants with public money. The Prospectus is available for review.

**PUBLIC COMPANY:** - - - In order to finance the Industrial Renewable Oil Industry, it was elected to be a Public Company, which allowed raising large sums of money on the STOCK EXCHANGE. So an Initial Public Offering was structured. A (119) page Prospectus was wrote complete with (5) years of Financial Statements. It is technically difficult to do a Prospectus. It requires a lot of business expertise and knowledge. It included a $5 million Round I start-up financing by a Public Offering. This becomes $15 million X 3 = $15 million loses at treble damages. I, ANH, have been working on doing a Public Offering for approximately 5 plus years. I have a complete Prospectus done for an IPO in the amount of $90 billion over 10 years or in other words $18 billion every (2) years. An investment banker from Los Angeles, California, whom I know, offered to take me public for $100,000.00, dollars, which was a good deal. He said it would take me out of the pits and get me some working money. Kelly Scott new of my efforts to do a IPO and she destroyed a (5) year effort. I asked AH4R for a referral to an investment banker in California.


**AWARD** - - - Albert N. Heichberger in the amount of - - - US$5.0 MILLIOM

# a. TREBEL AWARD - - 3X US$5.0 million = $15.0 million

**AWARD** - - - Albert N. Heichberger in the amount of - - - U&S26,206.32

**b. TREBEL AWARD** - - 3 X US$26,206.32 = $78,618.96

TOTAL: $15.0 MILLION + $78,618.96 = $15,000,078,619.

**Total Part I plus PART II** to be determined by Court.

Respectfully submitted,

Albert N. Heichberger

P.O. Box 6012

**Jacksonville, FL 322236-6012**

**TEL: (904) 312-0769**

**THE CLOSING**: - - - **PART II,** Further, I, Albert N. Heichberger, wishes to inform

the court, at this time, that I know of at least (4) versions of this Oil CCUS Technology. And

further, I, Albert N. Heichberger, am confident that I will stop the "Global Warming". The

Court shall award ANH all out of pocket lawsuit expenses and an Court AWARD for PART

II of S15,000,078,619 Total

Thanks for listening.

DATED _____ Oct. 11, 2017 _____

By: 

Albert N. Heichberger

5109 Sunderland Rd.

Jacksonville, FL 32210

TEL: (904) 312-0769



Sworn to and subscribed before me this

11th day of October 2

Signature of Notary Public-State of Florida

Melissa L Villegas

Print, Type or Stamp Name of Notary Public

☐ Personally known to me, or

☑ Produced identification: FLDL

Type of identifi

Albert N. Heichberger
Complaint – False Claim Act PART II
File: PartIIR-100COMPLAINT07212017
October 11, 2017

MELISSA L VILLEGAS
Commission # GG 051217
Expires January 16, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

54

**STATATEMENT of TRUTH** - - -- I, Albert N. Heichberger, believes the

facts stated in the Qui Tam Complaint above, dated October 8,  2017; pages 45 through

56, are true and accurate to the best of my knowledge and ability.

Sworn to and subscribed before me this

_11th_ day of _October_, 2017

Signature of Notary Public State of Florida

Melissa L Villegas

Print, Type or Stamp Name of Notary Public

☐ Personally known to me, or

☑ Produced identification: _FLDL_

Type of identification

> MELISSA L VILLEGAS
> Commission # GG 051217
> Expires January 16, 2021
> Bonded Thru Troy Fain Insurance 800-385-7019

Albert N. Heichberger, President

**CERTIFICAT of  SERVICE** - - - The undersigned hereby certifies that a copy of

this Complaint and written disclosure of substantially all material evidence and

information Relator possesses has been served on the Government as provided in

FRCP 4.

Date: _10/11/17_   Signature ;

**Enclosures:**   Attachment "A"  "Resolution Order On Eviction", (2) pages dated
2//2/2016

Attachment "B" - - Page 62Chapter 83 Land Lord Tententant,Retailation

**NOTE:**

**1. This case is Not for criminal charges; civil only.  We reserve the right for**

**future criminal charges.**

Sworn to and subscribed before me this

_11_ day of _October_, 2017

Signature of Notary Public State of Florida

Melissa L Villegas

Print, Type or Stamp Name of Notary Public

☐ Personally known to me, or

☑ Produced identification: _FLDL_

Type of identification

Albert N. Heichberger
Complaint – False Claim Act PART II
File: PartIIR-100COMPLAINT07212017
October 11, 2017

> MELISSA L VILLEGAS
> Commission # GG 051217
> Expires January 16, 2021
> Bonded Thru Troy Fain Insurance 800-385-7019

55

## CERTIFICATION OF MAILING:

**I hereby certify that a copy hereof has been furnished to and is being deposited with the United States Postal Service as First Class Mail in (1) each envelope(s) for a Total of (4) copies on Wednesday, October 11, 2017 addressed to:**

1.  Clerk of the Courts Office (1) copy

    C/O Federal Court Building, 300 N. Hogan Street, Jacksonville, FL 32202

2. U.S. District Court (1) copy

    C/O Federal Court Building, 300 N. Hogan Street., Jacksonville, FL  32202

3. Attorney General of the United States, (1) copy

    950-1 Pennsylvania, NW, RM#2242, Washington, DC 20530-2000

4. United States Attorney, District Court (1) copy

    300 N. Hogan Street, Jacksonville, FL

The Clerk of the Court shall do "NO" mailings.

On Wednesday, October 11,2017

ALBERT N. HEICHBERGER, Defendant

5109 Sunderland Rd.

Jacksonville, FL 32210

TEL:  904-312-0769

ANH/jmj