# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    *Ex. Rel.* Albert N. Heichberger

    Plaintiff,

vs.                                         Case No. 3:17-cv-902-J-39JRK

CITY OF JACKSONVILLE, FLORIDA;
DR. ERNEST MONIZ, ex Secretary of
Energy; DEPARTMENT OF ENERGY,
ENVIRONMENTAL PROTECTION
AGENCY; AMERICAN HOMES 4 RENT,
LLC; and L. KELLY SCOTT, AH4R,
Property Manager

    Defendants.
_____/

## IN CAMERA ORDER

This cause is before the Court on Relator's Memorandum (Doc. No. S-8; "Memorandum") filed December 12, 2017. To date, all matters in the case have been filed under seal as temporarily authorized by the In Camera Order (Doc. No. S-3), entered August 25, 2017. On November 20, 2017, the Court entered an Order directing Relator to file a memorandum explaining why the case should remain under seal. See In Camera Order (Doc. No. S-6). In the Memorandum, Relator offers no such explanation and merely states that he "recommend[s] that the case stay under seal temporarily until we get this complaint correct and approved." Memorandum at 1. Upon review and after due consideration, it is

**ORDERED:**

The Clerk shall **UNSEAL** this matter.

**DONE AND ORDERED** at Jacksonville, Florida on December 12, 2017.

*/s/ James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

bhc
Copies to:
Pro se Party